

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2015

No. 04-14-00246-CR

Destyn David **FREDERICK**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00041-CRL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due March 18, 2015. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court